In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-24-00079-CR
_____

## CLAUDIA ANN CARLTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. 22DC-CR-00776**

## MEMORANDUM OPINION

A jury convicted Claudia Ann Carlton of the first-degree felony offense of aggravated assault on a public servant with an affirmative deadly weapon finding. *See* Tex. Penal Code Ann. § 22.02(a), (b)(2)(B). The jury assessed punishment at eleven years of confinement, and the trial court sentenced her accordingly.

Carlton's appellate counsel filed an *Anders* brief presenting counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d

807 (Tex. Crim. App. 1978). On May 23, 2024, after Carlton's counsel filed the *Anders* brief, we granted an extension for Carlton to file a pro se brief, but Carlton filed no response.

Upon receiving an *Anders* brief, a court must conduct a full examination of the record to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988) (citing *Anders*, 386 U.S. at 744). We have reviewed the entire record and counsel's brief, and we agree with counsel's evaluation that no arguable issues support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005) ("Due to the nature of *Anders* briefs, by indicating in the opinion that it considered the issues raised in the briefs and reviewed the record for reversible error but found none, the court of appeals met the requirements of Texas Rule of Appellate Procedure 47.1."). Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

W. SCOTT GOLEMON<br>
Chief Justice

Submitted on July 14, 2025
Opinion Delivered August 13, 2025
Do Not Publish
Before Golemon, C.J., Johnson and Wright, JJ.

---

[1]Carlton may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.